October 23, 2009

Mr. Andrew Edward Lemanski
Hull & Associates, P.C.
6200 Savoy, Suite 440
Houston, TX 77036
Mr. Edward P. Fahey Jr.
1800 Victoria, Suite 2
Laredo, TX 78040

RE: Case Number: 08-1026
 Court of Appeals Number: 04-07-00465-CV
 Trial Court Number: 2006CVF001343-D2

Style: UNIFUND CCR PARTNERS
 v.
 JAVIER VILLA

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosure
|cc:|Mr. Manuel |
| |Gutierrez |
| |Mr. Keith E. |
| |Hottle |